```
      FILED    ___ LODGED
___ RECEIVED  ___ COPY

      OCT 2 3 2007

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Raymond Bryant Hastings,<br><br>　　　　　　Defendant. | NO.　CR 07-1153 PHX NVW (DMF)<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. § 371<br>　　(Conspiracy to Make False<br>　　Statements to a Bank)<br>　　Count 1<br><br>　　18 U.S.C. §§ 1014 and 2<br>　　(False Statements to a Bank, Aid<br>　　and Abet)<br>　　Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

Beginning at a time unknown to the Grand Jury, but at least as early as on or about September, 2002, through on or about November 1, 2002, in the District of Arizona, defendant RAYMOND BRYANT HASTINGS and others did willfully conspire together to make a false statement for the purpose of influencing the action of a federally insured bank, in violation of Title 18, United States Code, Section 1014.

### Overt Acts

As part and in furtherance of the conspiracy, defendant and others performed and caused to be performed, overt acts including, but not limited to, the following:

1. On or about October 23, 2002, defendant HASTINGS prepared a false Form 1040 federal income tax return for the tax year 2001, at the request of and on behalf of Zuheir Salti, so that the false federal income tax return could be submitted to a lender as part of an application by Zuheir Salti to refinance a loan on the residence at 5530 East Valle Vista Road in Phoenix, Arizona.

2. On or about October 23, 2002, Zuheir Salti submitted to Washington Mutual Bank, FA a Uniform Residential Loan Application that contained the false 2001 Form 1040 federal income tax return prepared by defendant HASTINGS, as well as a false 2000 Form 1040 federal income tax return, in connection with the refinancing of the loan on the residence at 5530 East Valle Vista Road in Phoenix, Arizona.

In violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about October 23, 2002, in the District of Arizona, defendant RAYMOND BRYANT HASTINGS knowingly aided and abetted the making of a false statement for the purpose of influencing the action of Washington Mutual Bank, FA, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in connection with loan # 03-0691-060269051-3 for the refinancing of the residence at 5530 East Valle Vista Road in Phoenix, in that defendant HASTINGS created fake tax returns, specifically a 2000 federal income tax return and a 2001 federal income tax return, that were provided to Zuheir Salti for submission to a bank for the purpose of being represented to the bank as true and accurate copies of Salti's actual 2000 and

//
//
//
//
//
//

1  2001 tax returns filed with the Internal Revenue Service, in connection with the refinancing of
2  the residence at 5530 East Valle Vista Road in Phoenix, Arizona.
3        In violation of Title 18, United States Code, Sections 1014 and 2.
4                                       A TRUE BILL

                                       s/
                                  FOREPERSON OF THE GRAND JURY
                                  Date: October 23, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

s/
MICHAEL T. MORRISSEY
Assistant U.S. Attorney

3